**Order entered September 4, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00870-CV

### BLACKSTONE MEDICAL, INC. D/B/A ORTHOFIX SPINAL IMPLANTS, Appellant

### V.

### PHOENIX SURGICALS, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-00902-D**

## ORDER

Before the Court is appellee/cross-appellant's August 28, 2013 motion for an extension of time to file a cross-appellant's brief. Appellee/cross-appellant asserts that its cross-appellant's brief was due on August 28, 2013. This is incorrect. A combined appellee's and cross-appellant's brief is due thirty days after the date appellant files its brief. *See* 5th Tex. App. (Dallas) Loc. R. 10(1)(b) & (3)(b). Appellant's brief is due on September 27, 2013. Accordingly, we **DENY** appellee/cross-appellant's motion.

/s/    DAVID LEWIS
       JUSTICE